**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL CASE NO.: 05-CV-1699 ) ) ) |
| ANNEN, et al., | ) CASE NO. CGC-06-456869 ) MDL Case No. 07-0953 CRB |
| Plaintiffs, | ) STIPULATION AND ORDER OF ) DISMISSAL WITH PREJUDICE |
| vs. | ) AS TO PLAINTIFF LINDA ANNEN ) |
| PFIZER, INC., et al. | ) ) |
| Defendants. | ) ) |

COME NOW, Plaintiff LINDA ANNEN and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

1  hereby stipulate to the dismissal of Plaintiff LINDA ANNEN from this action, with prejudice,
2  each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 2\4 2009        **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff LINDA ANNEN

Dated:      October 27, 2009     **DLA PIPER LLP**

By: _____/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

## ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 9 2009           _____
Honorable Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF LINDA ANNEN**